FILED
CLERK, U.S. DISTRICT COURT

JAN 1 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMING TSAI,<br><br>        Plaintiff,<br><br>    vs.<br><br>ARTELLIA FAITH JOHNSON,<br><br>        Defendant. | CASE NO. CV 13-9402 UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

    The Court will remand this unlawful detainer action to state court summarily, because it was removed improperly.

    On December 20, 2013, defendant, in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the application under separate cover, because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

    There is no basis for concluding that this unlawful detainer action could have been brought in federal court in the first place, in that defendant does not competently allege facts supplying any basis for federal subject matter jurisdiction, and therefore, removal is

improper. 28 U.S.C. § 1441; *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). In her Civil Cover Sheet, defendant alleges that both she and plaintiff are citizens of California, and the unlawful detainer complaint expressly alleges that the "Demand is LESS than $10,000.00." Moreover, as a California citizen, defendant may not remove this action on the basis of diversity jurisdiction. *See* 28 U.S.C. §§ 1332(a), 1441(b)(2). Further, plaintiff's unlawful detainer complaint does raise any federal legal question. *See* 28 U.S.C. §§ 1331, 1441(a).

Accordingly, IT IS ORDERED that: (1) this matter be REMANDED to the Superior Court of California, 300 E. Walnut Street, Pasadena, CA 91101, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk shall send a certified copy of this Order to the state court; and (3) the Clerk shall serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 1/17/14

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE